**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Stratitude, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  20-4882460

4. **Debtor's address**

   **Principal place of business**
   6601 Koll Center Pkwy
   Suite 132
   Pleasanton, CA 94566
   Number, Street, City, State & ZIP Code

   Alameda
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  www.stratitude.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 1

Debtor **Stratitude, Inc.** Case number (*if known*) _____
        Name

7. **Describe debtor's business**  A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See https://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     ☐ A plan is being filed with this petition.
     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.
   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.
    List all cases. If more than 1, attach a separate list
    Debtor Quadrant 4 Systems Corporation    Relationship  Affiliate (Parent)
    District Northern District of Illinois Eastern Division  When 6/29/17  Case number, if known  17-19689

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2



Debtor  Stratitude, Inc.
_____
Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.  *

Executed on  10/13/2017
MM / DD / YYYY

X _____  Robert H. Steele
Signature of authorized representative of debtor   Printed name

Title  CEO

**18. Signature of attorney**

X _____   Date _____
Signature of attorney for debtor           MM / DD / YYYY

Nathan Q. Rugg, Esq.
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  312-435-1050    Email address  nqr@ag-ltd.com

#6272969
Bar number and State

*SEE ATTACHED DISCLAIMER

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct. *

Executed on  10/13/2017
MM / DD / YYYY

X /s/ Robert H. Steele
Signature of authorized representative of debtor

Robert H. Steele
Printed name

Title   CEO

**18. Signature of attorney**

X /s/ Nathan Rugg
Signature of attorney for debtor

Date  10/13/2017
MM / DD / YYYY

Nathan Q. Rugg, Esq.
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  312-435-1050       Email address  nqr@ag-ltd.com

#6272969
Bar number and State

*SEE ATTACHED DISCLAIMER

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

## DISCLAIMER ON BANKRUPTCY PETITION AND ALL RELATED FILING DOCUMENTS

Quadrant 4 System Corporation, a publicly traded company (OTC:QFOR) and debtor-in-possession ("Q4") in that certain related chapter 11 bankruptcy case filed in this district (Case No. 17-19689), is the 100% owner of the issued and outstanding common stock of Stratitude, Inc., the debtor herein (the "Debtor"), which Q4 acquired on or about November 3, 2016 (the "Stratitude Acquisition"). Concurrently with the Stratitude Acquisition, Stratitude acquired certain of the assets of Agama Solutions, Inc., a California corporation ("Agama" or "Agama Acquisition"). The Debtor and Agama are respectively located in Pleasanton and Fremont, California, and are both engaged in business in the information technology sector as a provider of U.S. based consulting services to a variety of industries. The Debtor has guaranteed Q4's obligations owing to BMO Harris Bank, N.A. and BIP Lender, LLC and secured such guaranty with a lien on all of its assets in favor of such secured lenders.

Less than one month after the Stratitude Acquisition, on November 29, 2016, the United States Attorney's Office for the Northern District of Illinois filed a criminal complaint against two of Q4's principal shareholders, and former officers and directors, entitled *United States of America v. Nandu Thondavadi and Dhru Desai*, Case No. 16CR772 (USDC N.D. IL, E.D.) (the "Criminal Action"). On November 30, 2016, Messrs. Thondavadi and Desai were arrested by agents of the Federal Bureau of Investigation in connection with the Criminal Action. The Criminal Action arises out of alleged violations of, inter alia, the federal securities and interstate wire laws, and false statements made to the Securities and Exchange Commission ("SEC"), including allegations that Messrs. Thondavadi and Desai intentionally provided Q4's audit firms with false information for public filings with the SEC concerning two or more of Q4's major asset acquisitions in order to inflate the purchase prices reported, and in turn, increase the stock prices for Q4's publicly held stock.

Following the resignation of Messrs. Thondavadi and Desai on December 5, 2016, Robert H. Steele, previously an independent contractor providing services for the Q4's healthcare division since in or around July 2012, was selected and appointed as Q4's new Chief Executive Officer (on December 12, 2016) by the remaining members of the Q4's Board of Directors, with the support of BMO Harris Bank, N.A. Mr. Steele was also appointed to Q4's Board effective March 16, 2017. Effective as of August 31, 2017, Q4, as the Debtor's sole shareholder, appointed Mr. Steele, Philip M. Firrek, Dr. Thomas E. Sawyer and Michael A. Silverman to the Debtor's Board of Directors. The Debtor's Board of Directors then appointed Mr. Steele as the Debtor's Chief Executive Officer.

In such capacities, Mr. Steele has worked closely with the other members of the Board of Directors, the Debtor's outside financial consultants who were retained on January 16, 2017, and other members of the Debtor's management and staff. Mr. Steele is familiar with the Debtor's prior and current day-to-day operations, business affairs, books and records. However, in light of the allegations set forth in the Criminal Action, the timing of the Agama Acquisition and the Stratitude Acquisition, and other possible matters which may have led to the Criminal Action, neither Mr. Steele nor any of the Debtor's other representatives are able to represent or warrant that any such information reflected herein is complete or without any inaccuracy. As such, some or all of the financial information contained in the Voluntary Petition, the list of 20 Largest Creditors, the creditor matrix, and all other documents filed in connection with this chapter 11 case must be viewed in the light thereof.

Nonetheless, significant effort has been made to reflect all information herein as completely as possible under the circumstances. Any and all necessary amendments to any and all documents filed in this chapter 11 case by the Debtor will be filed as and when appropriate, based upon such further matters as they develop.

#878239v2